**Abatement Order filed February 5, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00769-CR
_____

### JERRY DEVIN GRANADO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1561970**

---

### ABATEMENT ORDER

The clerk's record was filed October 16, 2019. Appellant filed a motion requesting the clerk's record be supplemented with the Indictment or Waiver of Indictment. *See* Tex. R. App. P. 34.5(c). Because the record does not contain Indictment or Waiver of Indictment, we grant appellant's motion. *See* Tex. R. App. P. 34.5(a)(1).

We therefore abate the case and order the Harris County District Clerk to file a supplemental clerk's record on or before **March 7, 2019**, containing Indictment

or Waiver of Indictment. Appellant's brief is due 30 days after the supplemental clerk's record is filed.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM